IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1173

VANSY CHAO,
*Plaintiff – Appellant*,

v.

JEFFERSON B. SESSIONS III, Attorney General, Department of Justice;
MICHAEL JOHN CREPPY, Board Member, Board of Immigration Appeals;
JOHN F. KELLY, Secretary of Department of Homeland Security;
LEON RODRIGUEZ, Director, United State Citizenship and
Immigration Services; KIMBERLY ZANOTTI, Field Director,
USCIS, Washington, D.C. Field Office,
*Defendants – Appellees*.

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant, by undersigned counsel, and for the reason set forth below, moves the Court for an extension of time by 10 days in which to file the Reply Brief in this matter.

Counsel has a solo practice. He has recently had a large influx of clients and court cases.

Counsel has spoken to opposing counsel via e mail who confirmed that he does not oppose a ten-day enlargement of time for the Appellant to file his Reply Brief.

WHEREFORE, Appellant hereby respectfully requests that the Court grant him an additional 10 days in which to file a Reply Brief.

Respectfully submitted this 29th day of June, 2017.

/s/ Donald L. Schlemmer
Donald L. Schlemmer
DONALD SCHLEMMER LAW OFFICE
805 15th Street, N.W., Suite 100
Washington, DC 20005
(202) 842-1519

## **CERTIFICATE OF COMPLIANCE**

1.  This motion complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f):

[ X ] this motion contains *116* words.

[  ] this motion uses a monospaced type and contains [*state the number of*] lines of text.

2.  This motion complies with the typeface and type style requirements because:

[ X ] this motion has been prepared in a proportionally spaced typeface using *Microsoft Word 2016* in *14pt Times New Roman*; *or*

[  ] this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].


Dated: June 29, 2017                             /s/ Donald L. Schlemmer
                                                 *Counsel for Appellant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 29th day of June, 2017, I caused this Motion to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Dennis C. Barghaan, Jr.
OFFICE OF THE U.S. ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia  22314
(703) 299-3891

*Counsel for Appellees*

/s/ Donald L. Schlemmer
*Counsel for Appellant*